144 So. 919

**P. L. BUSH v. MANDY & SON PLUMBING CO.**

6 Div. 312.

Court of Appeals of Alabama.
Dec. 1, 1932.

PER CURIAM.
Appeal dismissed for want of prosecution.

142 So. 920

**Annie BUTLER v. STATE.**

8 Div. 483.

Court of Appeals of Alabama.
June 14, 1932.

F. S. Parnell, of Florence, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

RICE, J.
Affirmed.

150 So. 922

**James BUTLER v. STATE.**

4 Div. 27.

Court of Appeals of Alabama.
Nov. 14, 1933.

SAMFORD, Judge.
Affirmed.

148 So. 916

**Mose BYRD v. STATE.**

8 Div. 680.

Court of Appeals of Alabama.
May 23, 1933.

RICE, Judge.
Appeal dismissed.

142 So. 920

**Gorman L. CAGLE v. STATE.**

8 Div. 339.

Court of Appeals of Alabama.
May 24, 1932.

RICE, J.
Appeal dismissed.

142 So. 920

**Jack CAGLE v. STATE.**

8 Div. 549.

Court of Appeals of Alabama.
May 24, 1932.

SAMFORD, J.
Affirmed.

144 So. 919

**CAHABA GOLF & COUNTY CLUB v. C. D. COMSTOCK et al.**

6 Div. 354.

Court of Appeals of Alabama.
Dec. 1, 1932.

PER CURIAM.
Appeal dismissed for want of prosecution.

141 So. 919

**Fred E. CALDWELL v. STATE.**

1 Div. 67.

Court of Appeals of Alabama.
April 12, 1932.

RICE, J.
Appeal dismissed.